# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

**Plaintiff,**

**v.**

**YOLANDA MENDOZA-EMILIANO,**

**Defendant.**

CASE NO. 2:26-mj-08137-ADM

# CRIMINAL COMPLAINT

I, Edgar Jones, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief, and establishes probable cause that the following offense has been committed:

### COUNT 1

### FRAUD, AND MISUSE OF VISAS, PERMITS, AND OTHER DOCUMENTS
**[18 U.S.C. § 1546(a)]**

On or about May 28, 2026, in the District of Kansas, the defendant,

**YOLANDA MENDOZA-EMILIANO,**

did knowingly and intentionally use, attempt to use and possess a permanent resident card in the name of Yolanda Emiliano with alien file number A091107876 and that alien file number belonged to another person, which the defendant knew to be forged, counterfeited, altered, falsely made, and was unlawfully obtained in

violation of Title 18, United States Code, Section 1546(a).

## STATEMENT OF FACTS

This Complaint is based on the following facts known to me as a result of my personal participation in this investigation, and from reports made to me by other law enforcement agents or officers.

1.      I am a Special Agent (SA) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been since October of 2009.  Prior to ICE-HSI's creation, between 2007 and 2009, I was employed as an Immigration Enforcement Agent (IEA) with the Enforcement and Removal Operations (ERO) component of ICE.

2.      I attended the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia.  I completed the ICE Academy, which included training in enforcing Title 8 of the United States Code.  I subsequently graduated from the Criminal Investigator Training Program (CITP), which included training in investigating violations of Title 18 of the United States Code.  I have a combined total of over 18 years of conducting immigration-related investigations, which led to successful prosecutions of violators of Titles 8 and 18 of the United States Code.  I serve as a liaison to ERO, and since 2020, I have been assigned to financial crimes investigations at HSI.   I attended the Federal Law Enforcement Training Center, and completed the Immigration and Customs Enforcement Academy, which included training in enforcing Title 8 of the United States Code.

3.    Based upon my training, experience, and direct observations in this and other investigations of criminal activity, as well as information received from other law enforcement officers involved in this and other investigations, I know the following:

a.    On April 11, 2024, a subject who identified herself as Yolanda MENDOZA-Emiliano, date of birth 12/17/1993 was arrested by Border Patrol near Naco, Arizona for a violation of section 212 of the Immigration and Nationality Act.  This caused her to be assigned DHS fingerprint ID number 1359059399.  MENDOZA-Emiliano was voluntarily returned to Mexico, but was arrested and returned again on April 12, 2024, and again on April 16, 2024.  On April 16, 2024, she was assigned alien file A245965333.

b.    On April 20, 2024, Yolanda MENDOZA-Emiliano was arrested by Border Patrol again.  On April 22, 2024, MENDOZA-Emiliano was granted voluntary departure, and was required to depart the United Stated on or before May 30, 2024.

c.    On the morning of May 28, 2026, HSI Kansas City executed a federal criminal search warrant at 112 S 16th St, Kansas City, KS 66102.  For several minutes, a Spanish speaking HSI Special Agent repeatedly gave lawful orders to the occupants to exit the house, but none exited until HSI Special Agents entered the house via its rear door.

d.    The sole female occupant of the house identified herself as an illegal alien and was arrested by ERO, then transported to ERO Kansas City.  A search of her person by ERO incident to her lawful arrest yielded a fraudulent Lawful Permanent Resident ("LPR") card and counterfeit social security card.   A

3

fingerprint check confirmed her to be Yolanda MENDOZA-Emiliano; it revealed

that she was assigned DHS fingerprint ID number 1359059399 and alien file

A245965333.

e.      I subsequently seized her purported LPR card displaying a photo of a

female Hispanic subject whose physical appearance was nearly identical to arrestee

Yolanda MENDOZA-Emiliano listing her name as "Yolanda Emiliano" and claimed

alien file number A091107876.  Immigration databases revealed that the claimed alien

file number was a valid number assigned to another person.

f.      I also seized her counterfeit social security card displaying the name

"Yolanda Emiliano" and claimed SSN 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.  Commercially available databases

showed that this SSN was not associated with any subject.  This is consistent with a

fictitious SSN or one stolen from a juvenile.  HSI has requested confirmation from Social

Security Administration, Office of the Inspector General that this SSN is not assigned to

Yolanda MENDOZA-Emiliano.

FURTHER AFFIANT SAITH NAUGHT.

EDGAR K JONES
Digitally signed by EDGAR K JONES
Date: 2026.06.09 16:49:57 -05'00'

Special Agent Edgar Jones
Homeland Security Investigations

Subscribed and sworn to before me this 10th  day of June 2026.

HONORABLE ANGEL D. MITCHELL
United States Magistrate Judge
District of Kansas

4

5

## PENALTIES

**Count 1**

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1546(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.